OFFICE OF DISCIPLINARY COUNSEL *v.* SANBORN.

[Cite as *Disciplinary Counsel v. Sanborn* (1998), 81 Ohio St.3d 282.]

(No. 97–2183—Submitted December 10, 1997—Decided March 25, 1998.)

*Jonathan E. Coughlan,* Disciplinary Counsel, and *Alvin E. Mathews,* Assistant Disciplinary Counsel, for relator.

*Per Curiam.* Upon review of the record, we adopt the findings, conclusions, and recommendation of the board. Respondent is hereby indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., dissents.

COOK, J., dissenting. In view of the duration and extent of this respondent's dishonesty, I would disbar him.